PROB 49  
D/UT 12/17

Keith Lee Chipman  
2:22CR00309-001

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## PROBATION AND PRETRIAL SERVICES OFFICE

### WAIVER OF RIGHT TO HEARING PRIOR TO MODIFICATION OF CONDITIONS OF SUPERVISION

I have been advised by U.S. Probation Officer Shawn Parrish that he has submitted a petition and report to the Court recommending that the Court modify the conditions of my supervision in Case No. 2:22CR00309-001. The modification would be:

> You must reside in and successfully complete a residential treatment program, with aftercare, until discharged with the approval of the U.S. Probation Office.
>
> You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.§1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

I understand that should the Court so modify my conditions of supervision, I will be required to abide by the new condition(s) as well as all conditions previously imposed. I also understand the Court may issue a warrant and revoke supervision for a violation of the new condition(s) as well as those conditions previously imposed by the Court. I understand I have a right to a hearing on the petition and to prior notice of the date and time of the hearing. I understand that I have a right to the assistance of counsel at that hearing.

Understanding all of the above, I hereby waive the right to a hearing on the probation officer's petition, and to prior notice of such hearing. I have read or had read to me the above, and I fully understand it. I give full consent to the Court considering and acting upon the probation officer's petition to modify the conditions of my supervision without a hearing. I hereby affirmatively state that I do not request a hearing on said petition.

Witness: Shawn Parrish  
U.S. Probation Officer

Keith Lee Chipman  
9/19/2024

12B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

### Request and Order for Modifying Conditions of Supervision
### With Consent of the Person
*(Waiver of hearing attached)*

Name of Person: **Keith Lee Chipman**  Docket Number: **2:22CR00309-001**

Name of Sentencing Judicial Officer:  **Honorable Tena Campbell**
**Senior U.S. District Judge**

Date of Original Sentence: **June 22, 2023**
Original Offense: **Felon in Possession of a Firearm and Ammunition**
Original Sentence: **18 Months BOP Custody / 36 Months Supervised Release**

Type of Supervision: **Supervised Release**  Supervision Began: **October 20, 2023**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. You must reside in and successfully complete a residential treatment program, with aftercare, until discharged with the approval of the U.S. Probation Office.

2. You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.§1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

## CAUSE

Keith Lee Chipman has unlawfully possessed a controlled substance, to wit: methamphetamine, and admitted to relapsing on methamphetamine. He has also been found in possession of drug paraphernalia, failed to submit to drug testing on two occasions, and submitted diluted urine samples on five occasions.

I declare under penalty of perjury that the foregoing is true and correct.

by Shawn Parrish
U.S. Probation Officer
September 19, 2024

PROB 12B
D/UT 12/17

Keith Lee Chipman
2:22CR00309-001

**THE COURT ORDERS:**

☒ The modification of conditions as noted above
☐ No action
☐ Other

*Tena Campbell* (signature)
Honorable Tena Campbell
Senior United States District Judge

Date: October 1, 2024

United States Probation Office
For the District of Utah

## REPORT OF OFFENDER UNDER SUPERVISION

Name of Offender:  Keith Lee Chipman           Docket No.:  2:22CR00309- 001

Name of Sentencing Judicial Officer:  Honorable Tena Campbell
Senior U.S. District Judge

Date of Original Sentence:  June 22, 2023

Original Offense:  Felon in Possession of a Firearm and Ammunition

Original Sentence:  18 Months BOP Custody / 36 Months Supervised Release

Type of Supervision: Supervised Release           Supervision Began: October 20, 2023

## ADMINISTRATIVE STAFFING SUPERVISION REPORT

On 9/19/2024, the defendant appeared before Supervising U.S. Probation Officer Hugh Watt for an administrative staffing to answer to allegations of technical non-compliance and agree to new control and correctional strategies (copy attached).

Considering that the defendant has accepted responsibility for this behavior and has agreed to the intervention remedies, it is recommended that no further adverse action be taken.

Administrative staffings are held for offenders who violate the conditions of their supervision and are not identified as an immediate third-party risk to the community. The Court will be promptly informed of any further violations.

If the Court desires more information or another course of action, please contact me at (385) 515-5135.

Respectfully submitted,

By  Shawn Parrish
U.S. Probation Officer
Date:  September 19, 2024

THE COURT:

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

*Tena Campbell*
Honorable Tena Campbell
Senior United States District Judge

Date: October 1, 2024

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**PROBATION AND PRETRIAL SERVICES OFFICE**

Keith Lee Chipman                                           Docket No. 2:22CR00309-001

## VIOLATION
## ADMINISTRATIVE STAFFING

U.S. Probation Officer Shawn Parrish alleges the following violations of supervised release:

**Allegation No. 1:**  On September 19, 2024, the person under supervision signed an acknowledgement form in which he admitted to using methamphetamine on or about September 15, 2024.

**Allegation No. 2:**  On or about August 25, 2024, the person under supervision unlawfully possessed a controlled substance, to wit: methamphetamine.

**Allegation No. 3:**  On or about August 25, 2024, the person under supervision committed another federal, state, or local crime, to wit: possession of drug paraphernalia.

**Allegation No. 4:**  On August 6, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 5:**  On July 25, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 6:**  On December 21, 2023, the person under supervision submitted a urine sample, which returned as a diluted urine sample.

**Allegation No. 7:**  On December 11, 2023, the person under supervision submitted a urine sample, which returned as a diluted urine sample.

**Allegation No. 8:**  On December 6, 2023, the person under supervision submitted a urine sample, which returned as a diluted urine sample.

**Allegation No. 9:**  On November 29, 2023, the person under supervision submitted a urine sample, which returned as a diluted urine sample.

**Allegation No. 10:**  On November 22, 2023, the person under supervision submitted a urine sample, which returned as a diluted urine sample.



☒  **THE DEFENDANT ADMITS ALLEGATIONS**

☐  **THE DEFENDANT DENIES ALLEGATIONS**

As per the administrative staffing on September 19, 2024 before Supervising U.S. Probation Officer Hugh Watt and U.S. Probation Officer Shawn Parrish and by copy of this notice, the defendant agrees to the following control and correctional intervention strategies:

Chipman agreed not to associate with any known felons, persons engaged in criminal activity, and/or anyone who uses or distributes narcotics for the reminder of his term of supervised release. He has also agreed to attend residential substance abuse treatment services, including aftercare, to address his substance abuse addiction. As such, he agreed to have his special conditions of supervised release modified to include the following conditions:

1. You must reside in and successfully complete a residential treatment program, with aftercare, until discharged with the approval of the U.S. Probation Office.

2. You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.§1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

Should Chipman comply with these conditions, the Probation Office believes he could regain compliance and be successful while on his term of supervised release.

The Allegations have been explained and presented to me. I understand and will comply with the intervention remedies listed on this document. I fully understand that all previous conditions of supervision, including fine payments, remain intact. I further understand that if I commit any subsequent violations which result in a hearing before the Court, the charges listed herein may be re-alleged as violations for adjudication before the court.

_____  
Keith Lee Chipman

September 19, 2024  
DATE

_____  
Hugh Watt  
Supervising U.S. Probation Officer

September 19, 2024  
DATE

_____  
Shawn Parrish  
U.S. Probation Officer

September 19, 2024  
DATE